COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS

| | |
|---|---|
| Appellate case name: | Rose Patricia Ann Shields, Oscar Urbina, and Arnold Shields, Individually, d/b/a Galveston Service Company, d/b/a Blu Shields Construction v. Commercial State Bank, Douglas Faver, Suzanne Hubbard, Daniel Jurgena, Roxanne Tomolialo, Joseph Cox, Thomas Walsh and Gina F. Dominique |
| Appellate case number: | 01-16-00643-CV |
| Trial court case number: | 2015-06750 |
| Trial court: | 129th District Court of Harris County |

On July 10, 2017, appellants filed a pro se second amended brief. On September 29, 2017, two appellees, Thomas Walsh and Gina F. Dominique, filed a motion to dismiss this appeal for failure to prosecute due to appellants' failure to file a compliant brief and also requested damages for a frivolous appeal. *See* TEX. R. APP. P. 9.4, 38.1, 42.3(b), (c), 45. On October 3, 2017, four other appellees, Suzanne Hubbard, Daniel Jurgena, Roxanne Tomolialo, and Joseph Cox, filed a similar motion and request.

On October 16, 2017, appellants' new counsel, George W. Gore, filed a response to the appellees' motions to dismiss, requesting denial because he was concurrently filing an amended brief. On the same day, appellants also filed a motion for permission to amend brief, with an amended brief, because counsel was just hired.

Accordingly, because appellants' amended brief, filed on October 16, 2017, is compliant, their motion for permission to amend is **GRANTED**, and appellees' motions to dismiss are **DISMISSED AS MOOT**. *See* TEX. R. APP. P. 9.4, 38.1, 38.7, 42.3(b). The Clerk of this Court is directed to mark the July 10, 2017 pro se brief as **WITHDRAWN** and deem appellants' amended brief filed as of October 16, 2017.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley _____

                    ☒ Acting individually    ☐ Acting for the Court

Date: October 24, 2017 _____